**Order entered June 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00129-CR

**BRANDON KYRELL JEFFERY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 068488**

## ORDER

Before the Court is appellant's June 24, 2019 motion requesting appointment of counsel and a copy of the appellate record. Appellant's motion is **DENIED**. Appellant may contact the Clerk of the Court to arrange for payment for a copy of the record.

/s/    ADA BROWN
           JUSTICE